377 A.2d 185

Commonwealth, Appellant, v. Randle.

Submitted

March 14, 1977. Floyd P. Jones, Assistant District Attorney, and Donald L. Reihart, District Attorney, for Commonwealth, appellant; Daniel W. Shoemaker, and Shoemaker & Thompson, for appellee.

Appeal quashed.